1118

### W. A. MEADOR v. STATE.
No. 13648.

Court of Criminal Appeals of Texas.
June 4, 1930.

Rountree & Kirk, of Lamesa, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.

Theft is the offense; penalty, fine of $100 and fifty days in jail.

The record is before this court without statement of facts or bills of exceptions. No fundamental error has been perceived.

The judgment is affirmed.

### Earl RENOIS, Appellant, v. STATE of Texas, Appellee.
No. 13659.

Court of Criminal Appeals of Texas.
June 11, 1930.

Taylor, Muse, & Taylor, of Wichita Falls, for appellant.

MORROW, P. J.

Burglary is the offense; punishment fixed at confinement in the penitentiary for a period of two years.

The appeal is accompanied by neither bills of exceptions nor statement of facts. The indictment is regular. No fundamental error has been perceived.

The judgment is affirmed.

### Earl RENOIS, Appellant, v. STATE of Texas, Appellee.
No. 13660.

Court of Criminal Appeals of Texas.
June 11, 1930.

Taylor, Muse & Taylor, of Wichita Falls, for appellant.

LATTIMORE, J.

Conviction for burglary; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment correctly charges the offense, and is followed by the charge of the court, the judgment, and sentence.

No error appearing, the judgment will be affirmed.

### J. W. ROBINS, Appellant, v. STATE of Texas, Appellee.
No. 13664.

Court of Criminal Appeals of Texas.
June 11, 1930.

Hamilton, Fitzgerald & Grundy, of Memphis, for appellant.

LATTIMORE, J.

Conviction for swindling; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment correctly charges the offense, and is followed by the charge of the court, the judgment and sentence.

No error appearing, the judgment will be affirmed.